**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

PETRA VIOLET VASQUEZ,

      Plaintiff,

v.

CARRINGTON MORTGAGE SERVICES, LLC,

      Defendant.

Docket No.: 1:25-cv-4114

Jury Demanded

---

**NOTICE OF REMOVAL**

---

Please take notice that, pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendant Carrington Mortgage Services, LLC ("Carrington") hereby removes the action pending in the Adams County, Colorado District Court, styled *Petra Violet Vasquez v. Carrington Mortgage Services, LLC*, Case No. 25CV201, to the United States District Court for the District of Colorado. In support hereof, Carrington states as follows:

1.      On or about November 21, 2025, Plaintiff Petra Violet Vasquez ("Plaintiff") filed a Petition to Compel Accounting and Proof of Authority (the "Complaint") in the District Court of Adams County, Colorado, styled *Petra Violet Vasquez v. Carrington Mortgage Services, LLC*, Case No. 2025CV201.  The Complaint and the state-court filings are attached hereto collectively as **Exhibit 1**.

2.      Plaintiff served Carrington on December 1, 2025, via private process server on its registered agent.

3.      In the Complaint, Plaintiff alleges violations of the federal Real Estate Settlement and Procedures Act, 12 U.S.C. §§ 2601, *et seq.* ("RESPA"), and its promulgating regulations, 12 C.F.R. §§ 1024, *et seq.* ("Regulation X") in connection with a mortgage loan agreement secured by Plaintiff's residence. Compl. ¶¶ 5-6, 12. Plaintiff also alleges unspecified violations of Colorado law.

**Grounds for Removal – Federal Question Jurisdiction**

4.      Removal of this action is proper because the claims asserted by Plaintiff arise under the laws of the United States, specifically alleged violations of the RESPA.

5.      Based on the presence of a claim implicating a federal question, this action brought within the District Court of Adams County, Colorado, is one over which the district courts of the United States have original jurisdiction under 28 U.S.C § 1331.

6.      Accordingly, this action may be removed to the United Sates District Court for the District of Colorado, as the district court of the United States for the district embracing the place where such action is pending under 28 U.S.C. § 1441, *et seq.*

7.      Furthermore, as to Plaintiff's state law claims, this court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367 because they are so related to the claims in the action within the federal question jurisdiction that they form part of the same case or controversy.

**Procedural Requirements**

8.      Pursuant to 28 U.S.C § 1441(a), Carrington may remove this action as it is a civil action of which the district courts have original jurisdiction.

9.      The United States District Court for the District of Colorado has jurisdiction of this action and is the proper venue for this action upon removal.  *See* 28 U.S.C. § 1446(a).

2

10.     True and correct copies of all process and pleadings served upon Carrington prior to this filing are attached hereto as collective **Exhibit 1**. *See* 28 U.S.C. § 1446(a).

11.     This notice is timely filed because it was submitted within 30 days of the date of service of the initial pleading or summons pursuant to 28 U.S.C. § 1441(b)(2)(b)(B).

12.     Contemporaneously with the filing of this Notice of Removal, Carrington will promptly serve written notice of this Notice of Removal on Plaintiff, *pro se*, and file the same with the Clerk of the Adams County District Court in accordance with 28 U.S.C. § 1446(d).

13.     Within fourteen days of the filing of this Notice of Removal, Carrington will file a current docket sheet (register of actions) and will separately file each pending motion, petition, and related response, reply, and brief in accordance with D.C.COLO.LCivR 81.1(b).

WHEREFORE, Carrington hereby respectfully requests that the above-captioned action be removed from the District Court of Adams County, Colorado to the United States District Court for the District of Colorado.

Respectfully submitted this 22 day of December, 2025.

ADAMS & REESE LLP

*/s/ Christopher Yost*
Christopher D. Yost (CO Bar # 54247)
1001 17th Street, Ste. 1000
Denver, Colorado 80202
(303) 970-2151
Chris.Yost@arlaw.com
*Attorneys for Defendant Carrington
Mortgage Services, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2025, I electronically filed the foregoing with the clerk of the Court by using the CM/ECF system, which will send electronic notification to all registered parties, additional copies were served by regular first-class mail and electronic mail to the following:

Petra Violet Vasquez
*Plaintiff pro se*
PO Box 33
Commerce City, Colorado 80022
(917) 684-5208

ADAMS & REESE LLP


*/s/ Christopher Yost*
Christopher Yost

4