# EXHIBIT

## "1"

☐**FORM 1.2. DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT AND JURY DEMAND**

DATE FILED
November 21, 2025 4:55 PM
CASE NUMBER: 2025CV201

| District Court ~~ADAMS COUNTY JUSTICE CENTER~~ County, Colorado Court Address: ~~1100 JUDICIAL CENTER DRIVE~~ ~~BRIGHTON, CO 80601~~ | FILED IN ADAMS COUNTY COMBINED COURT NOV 21 2025 |
|---|---|
| Plaintiff(s): Petra Violet Vasquez v. Defendant(s): Carrington Mortgage Services, LLC | ▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address): Phone Number: FAX Number: | Case Number: 25CV201 |
| E-mail: Atty. Reg. #: | |

**DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT AND JURY DEMAND**

1. This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, cross-claim or third party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR),, Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases or in Water (CW) proceedings subject to sections 37-92-302 to 37-92-305, C.R.S. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2. Simplified Procedure under C.R.C.P. 16.1 **applies** to this case **unless** (check one box below if this party asserts that C.R.C.P. 16.1 **does not** apply):

   ☐ This is a class action, forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding, **or**

   ☐ This party is seeking a monetary judgment against another party of more than $100,000.00, exclusive of interest and costs, as supported by the following certification:

   By my signature below and in compliance with C.R.C.P. 11, based upon information reasonably available to me at this time, I certify that the value of this party's claims against one of the other parties is reasonably believed to exceed $100,000.

   **Or**

☐ Another party has previously filed a cover sheet stating that C.R.C.P. 16.1 does not apply to this case.

3.  ☐ This party makes a **Jury Demand** at this time and pays the requisite fee. *See* C.R.C.P. 38. (Checking this box is optional.)

Date: _____

*Petra Violet: Vasquez, Beneficiary*
**Signature of Party** w/o Recourse
UCC 1-308
Attorney In Fact.

Date: _____

_____
**Signature of Attorney for Party (if any)_____**

**NOTICE**
This cover sheet must be served on all other parties along with the initial pleading of a complaint, counterclaim, cross-claim, or third party complaint.

**ADAMS COUNTY JUSTICE CENTER**
**1100 JUDICIAL CENTER DRIVE**
District Court, __BRIGHTON, CO 8060__ County, Colorado
Court Address:

Plaintiff Petra-Violet! Vasquez

v.

Defendant Carrington Mortgage Services, LLC.

DATE FILED
November 21, 2025 4:55 PM
CASE NUMBER: 2025CV201

▲ **COURT USE ONLY** ▲

Case Number 25CV201

Division: A    Courtroom: 505

## DISTRICT COURT CIVIL SUMMONS

**TO THE ABOVE NAMED DEFENDANT:** Carrington Mortgage Services llc

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court an answer or other response to the attached Complaint. If service of the Summons and Complaint was made upon you within the State of Colorado, you are required to file your answer or other response within 21 days after such service upon you. If service of the Summons and Complaint was made upon you outside of the State of Colorado, you are required to file your answer or other response within 35 days after such service upon you. Your answer or counterclaim must be accompanied with the applicable filing fee.

If you fail to file your answer or other response to the Complaint in writing within the applicable time period, the Court may enter judgment by default against you for the relief demanded in the Complaint without further notice.

Dated: 11/21/2025

Clerk of Court/Clerk

Petra-Violet: Vasquez, Beneficiary
Signature of Plaintiff Without Recourse

PO Box 33
Address of Plaintiff

Commerce City Co 80022

917 684-5208
Plaintiff's Phone Number

**This Summons is issued pursuant to Rule 4, C.R.C.P., as amended. A copy of the Complaint must be served with this Summons. This form should not be used where service by publication is desired.**

**WARNING:** A valid summons may be issued by a lawyer and it need not contain a court case number, the signature of a court officer, or a court seal. The plaintiff has 14 days from the date this summons was served on you to file the case with the court. You are responsible for contacting the court to find out whether the case has been filed and obtain the case number. If the plaintiff files the case within this time, then you must respond as explained in this summons. If the plaintiff files more than 14 days after the date the summons was served on you, the case may be dismissed upon motion and you may be entitled to seek attorney's fees from the plaintiff.

**TO THE CLERK:** If the summons is issued by the clerk of the court, the signature block for the clerk or deputy should be provided by stamp, or typewriter, in the space to the left of the attorney's name.

JDF 600  R10-13   DISTRICT COURT CIVIL SUMMONS

DISTRICT COURT, ADAMS COUNTY, COLORADO

25CV201▪
FILED IN ADAMS COUNTY
COMBINED COURT

Address: 1100 Judicial Center Dr., Brighton, CO 80601

DATE FILED   NOV 21 2025
November 21, 2025 4:54 PM
CASE NUMBER: 2025CV201

Petitioner:

Petra Violet Vasquez

Respondent:

CARRRINGTON MORTGAGE SERVICES, LLC

Case No.: _____

Division: _____

**PETITION TO COMPEL ACCOUNTING AND PROOF OF AUTHORITY**

Petitioner:

Petra Violet Vasquez

PO BOX 33

Commerce City, CO 80037

Respondent:

Carrington Mortgage Services, LLC

7200 S. Alton Way Suite B-180

Centennial, CO 80112

Account Number: 4001144088

IN THE DISTRICT COURT OF Adams County, COLORADO

Petitioner, Petra Violet Vasquez, respectfully files this Petition to Compel Accounting and Proof of Authority against Respondent, Carrington Mortgage Services, LLC, and states as follows:

I. JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to Colorado law to adjudicate disputes involving real property interests, mortgage servicing practices, contractual obligations, and requests for equitable relief.

2. Venue is proper because the property and the Petitioner reside in Commerce City, Colorado.

II. PARTIES

3. Petitioner, Petra Violet Vasquez

4. Respondent, Carrington Mortgage Services, LLC ("Carrington"), is the mortgage servicer claiming authority to collect payments, enforce the mortgage, and administer the loan account 4001144088

III. FACTUAL BACKGROUND

5. Petitioner has repeatedly requested full accounting, documentation of ownership, and proof of authority concerning the above-referenced mortgage loan.

6. Requests have been made through Qualified Written Requests (QWRs) and other written demands pursuant to the Real Estate Settlement Procedures Act (RESPA), Regulation X, and applicable state law.

7. Respondent has failed to produce a full, complete, and accurate accounting of the loan.

8. Respondent has failed to produce documentary evidence demonstrating its authority to service, collect upon, enforce, or administer the mortgage.

9. Respondent has failed to provide verification of note ownership, chain of title, assignments, endorsements and loan-level documentation despite being lawfully required to do so.

10. Respondent's refusal to provide these records has caused uncertainty and financial harm, and potential misapplication of payments.

11. Petitioner notes that copies of the note stamped "original" are not sufficient. Only the original wet-ink note, including all endorsements, riders, and alonges, satisfies legal requirements and must be produced for inspection by petitioner and any expert witness she so chooses.

IV. LEGAL BASIS FOR RELIEF

12. Under RESPA (12 U.S.C. § 2605) and Regulation X (12 C.F.R. § 1024.36), a mortgage servicer must provide requested information relating to loan servicing, accounting, payment history, and authority.

13. Colorado law further permits relief where an entity claims authority over a debt or encumbrance but fails to demonstrate such authority.

14. Petitioner is entitled to an accurate, certified, notarized verifiable itemized accounting from inception that adheres to US Generally Accepted Accounting Principals (GAAP) reflecting:

Complete payment history

Application of all funds received

Fees assessed

Charges added to the loan balance

Suspense account entries or unapplied funds

15. Petitioner is entitled to verification of Respondent's legal standing, including:

The current holder of the promissory note

All endorsements and allonges

Chain of assignments

Servicing agreements or transfers

Production of note for inspection

16. Respondent's continued refusal to provide such information warrants judicial intervention.

V. REQUEST FOR COURT ORDER

Petitioner additionally requests under Longan v. Carpenter and Colorado evidentiary law the right to physically inspect the original, wet-ink promissory note, including any allonges, riders, and endorsements, as copies bearing "original" stamps are not conclusive evidence of possession or authenticity.

Petitioner further requests a notarized, itemized statement of account adhering to US GAAP, including:

All payments received

Dates and times of posting

All charges, escrow amounts, late fees, and corporate advances

All unapplied funds held in suspense

All disbursement histories

A. Full Accounting

1. A complete payment history from origination to present.

2. All transaction-level data including suspense entries, reversals, late fees, and charges.

3. Evidence of proper application of all payments.

4. Any and all corporate advances, escrow records, and disbursement histories.

5. A notarized, itemized statement of account detailing every transaction, fee, charge, escrow movement, and suspense account item.

B. Proof of Authority and Standing

6. Original promissory note.

7. All allonges, endorsements, and modifications.

8. A full chain of title for the mortgage.

9. All assignments, transfers, or conveyances of the note.

10. Any pooling and servicing agreements relevant to this specific account.

11. Evidence that Respondent has lawful rights to collect payments on the account.

12. Name and contact information of the current owner or holder of the note.

Petitioner requests that the Court specifically order:

> If the original wet-ink note is not produced for inspection within 30 days, Carrington Mortgage Services, LLC, or any party claiming authority over the loan, shall not have standing to enforce, collect upon, or foreclose on the property. Copies of the note stamped "original" shall be considered insufficient; only the original document will satisfy the court's requirements.

C. Additional Relief

13. Any other information reasonably necessary to determine:

The lawful creditor

The lawful party in interest

Whether Respondent has the right to collect or enforce the mortgage.

VI. PRAYER FOR RELIEF

WHEREFORE, Petitioner respectfully asks the Court to:

1. Compel Respondent to produce complete accounting in adherence to US GAAP and proof of authority within 30 days.

2. Award costs incurred by Petitioner in bringing this action.

3. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

*Petra-Violet-Vasquez*    11/21/2025
W/o Recourse
Attorney in fact
VU 1308

Petra Violet Vasquez

| JDF 206 | Order re Court Fees |
|---------|---------------------|

**A. Court**

☐ District   ☐ County   ☐ Probate   ☐ Juvenile

Colorado County: _____

Mailing Address: _____

DATE FILED
November 21, 2025 4:53 PM
CASE NUMBER: 2025CV201

**B. Parties to the Case**

Petitioner/Petitioner: Petra Violet : Vasquez

v.

Defendant/Respondent: _____

*This box is for court use only.*

**C. Case Details**

Number: 25CV201

Division: _____

Courtroom: _____

### 1.    Background

The Court has reviewed the *Motion to Waive Fees* filed by *(name)* Petra Violet Vasquez

### 2.    Findings and Orders

The Court finds that the Party is:

a) ☑ Indigent.

All Court fees and costs are waived, including:

- Filing Fees.
- Reasonable Copy Fees.
- Jury Fees.
- eFiling and eService Fees *(when available)*.
- Fees for Forms and Instructions.

☐ If checked, also waive/provide: _____

These fees are waived for the duration of the case, or until final orders are issued if in a Domestic Relations case.

b) ☐ Not Indigent but allowed to pay in installments.

The filing fee of $_____ can be paid in:   ☐ Two Payments.   ☐ Three Payments.

The first payment is due by *(date)* _____

The next payment is due by *(date)* _____

The final payment is due by *(date)* _____

If payment is not received according to the schedule above, the Court can dismiss the

party's claims, or the entire case, without further notice.  C.J.D. 98-01 Section (VI).

c)  ☐  Not Indigent.

The party is responsible for payment of any court fees and costs.

☐  If checked, the party must pay the filing fee of $_____ by *(date)* _____

3.    **Findings Made**

Name: _____    On *(date)* __11/21/2025__

☐ Judicial Officer    ☐ Court Staff

**So Ordered**

Signature: _____    Dated: __11/21/2025__

☐ Judge    ☐ Magistrate



SERVING WITH INTEGRITY

# ARAPAHOE SHERIFF
SINCE 1858

13101 E. Broncos Parkway | Centennial, Colorado 80112

## Civil Unit - Return of Service - Sub Service

DATE FILED
December 5, 2025 1:28 PM
FILED IN ACASE NUMBER: 2025CV201V2510147
COMBINED COURT    Docket Number: 25CV201

DEC 03 2025

STATE OF COLORADO    )
                     ) ss
COUNTY OF ARAPAHOE   )

    I do hereby certify that I have duly served the SUMMONS this **1** day of **December 2025**, at **12:33 PM** by serving CARRINGTON MORTGAGE SERVICES LLC by handing to and leaving with EMILIE LA PLANTE , INTAKE SPECIALIST said INTAKE SPECIALIST being over the age of 18 years and found at their usual place of abode/business at 7700 E ARAPAHOE RD STE 220, CENTENNIAL, ARAPAHOE COUNTY, COLORADO 80112, a true copy thereof, together with copy of: (DISTRICT COURT CIVIL), CASE COVER SHEET, PETITION TO COMPEL ACCOUNTING AND PROOF OF AUTHORITY attached thereto.

Comments: REGISTERED AGENT FOR CARRINGTON MORTGAGE SERVICES LLC

TYLER S. BROWN, SHERIFF
ARAPAHOE COUNTY, COLORADO

*Collin Vincent*

VINCENT, COLLIN 08071 - DEPUTY SHERIFF