IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-04114-RTG

PETRA VIOLET VASQUEZ,

    Plaintiff,

v.

CARRINGTON MORTGAGE SERVICES, LLC,

    Defendant.

_____

## ORDER DRAWING CASE

_____

After review pursuant to D.C.COLO.LCivR 8.1(a), the court has determined that

this case does not appear to be appropriate for summary dismissal. Therefore, the case

will be drawn to a presiding judge and, if applicable, to a magistrate judge. *See*

D.C.COLO.LCivR 8.1(c). Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge and, if applicable,

to a magistrate judge.

DATED January 7, 2026.

BY THE COURT:

_____
Richard T. Gurley
United States Magistrate Judge