FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2b JAN -6 PM 4: 32

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Alfred A. Arraj United States Courthouse

901 19th Street

Denver, CO 80294


Petra Violet Vasquez,

Plaintiff, Pro Se

PO BOX 33

Commerce City, Colorado 80037

v.


CARRINGTON MORTGAGE SERVICES, LLC,

Defendant.

Attorneys for Defendant

Christopher Yost, Esq

Adams and Reese

1001 17th Street Ste 1000

Denver, CO 80202

Phone: (720) 970-2152

Email:Chris.Yost@arlaw.com


**Civil Action No.: 1:25-CV-04114-RTG**

**NOTICE OF FILING OF AMENDED COMPLAINT AND MOTION TO REMAND**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Petra Violet Vasquez, Plaintiff, Pro Se, hereby submits the following documents in the above-captioned case:

1. Amended Complaint to Compel Accounting and Proof of Authority to Enforce, updating the previous complaint to assert only state-law claims and clarifying that Plaintiff is proceeding pro se rather than as attorney-in-fact.

2. Motion to Remand the case to the District Court for Adams County, Colorado, pursuant to 28 U.S.C. § 1447(c), with an incorporated memorandum of law.

CLARIFICATION OF PROCEDURAL POSTURE

-Defendant filed a Notice of Removal asserting federal-question jurisdiction based on prior references to RESPA and Regulation X.

-Plaintiff has now withdrawn all federal claims.

-This filing seeks remand to state court and includes the amended complaint to ensure the record reflects only state-law claims.

-Filing these documents together ensures prompt adjudication of remand and avoids any confusion regarding jurisdiction.

ENCLOSED RESPECTFULLY:

1. Plaintiff's Amended Complaint

2. Plaintiff's Motion to Remand

3. Certificate of service.

Respectfully submitted,

By: _Petra Violet Vasquez_

Petra Violet Vasquez

Without Prejudice, all rights reserved

CRS 4-1-308