IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-04114-KAS

PETRA VIOLET VASQUEZ,

      Plaintiff,

v.

CARRINGTON MORTGAGE SERVICES LLC,

      Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

This matter is before the Court on Defendant's **Motion to Dismiss the Amended Complaint** [#16]. The deadline to file the Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction [#11], indicating either the unanimous consent of the parties or that at least one party has declined to consent, is 45 days after the filing of the first response, other than an answer, to the operative complaint. *See* [#11] at 1. Given the filing of the Motion to Dismiss [#16],

IT IS HEREBY **ORDERED** that, pursuant to D.C.COLO.LCivR 40.1(c)(4), the deadline to file the Consent/Non-Consent to United States Magistrate Judge Jurisdiction form [#11] is **March 13, 2026**.

**IT IS FURTHER ORDERED** that the Scheduling Conference set for April 13, 2026, at 9:30 a.m. is **VACATED** to be reset at a later date.

Dated: February 11, 2026